McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAO XIONG,<br><br>        Plaintiff,<br><br> v.<br><br>JO ANNE B. BARNHART,<br> Commissioner of<br> Social Security,<br><br>        Defendant. | CASE NO. 2:05-CV-00472-PAN<br><br>STIPULATION AND [proposed] ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT TO MARCH 10, 2006 |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Defendant's time to respond to Plaintiff's motion for summary judgment in the above-referenced case is hereby extended from the present due date of February 24, 2006, by two weeks, to the new response date of March 10, 2006.  The extension is needed because of a workload conflict at the Office of the Regional Counsel.  The Assistant Regional Counsel responsible for briefing the case must prepare for oral argument in a Ninth Circuit appeal which was only recently reassigned to him.

    This is the first extension requested re Defendant's response to Plaintiff's motion for summary judgment.

Stip.& Order Ext. Def.'s Time - 2:05-00472            **1**

The parties further stipulate that counsel for Plaintiff will provide a facsimile of this stipulation bearing counsel's signature for retention in Defendant's case file, and hereby authorizes counsel for Defendant to file this document in .pdf format under the latter's Electronic Case Filing password, pursuant to Local Rule 7-131.

DATED: February 22, 2006        /s/ Bess M. Brewer
                                BESS M. BREWER

                                Attorney for Plaintiff

DATED: February 23, 2006        McGREGOR W. SCOTT
                                United States Attorney

                            By: /s/ Bobbie J. Montoya
                                BOBBIE J. MONTOYA
                                Assistant U. S. Attorney

                                Attorneys for Defendant

OF COUNSEL:

LUCILLE GONZALES MEIS
Chief Counsel, Region IX

ODELL GROOMS
Assistant Regional Counsel

United States Social Security Administration

Stip.& Order Ext. Def.'s Time - 2:05-00472          **2**

| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | BOBBIE J. MONTOYA<br>Assistant U. S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA  95814-2322 |
| 4 | Telephone:  (916) 554-2700 |
| 5 | Attorneys for Defendant |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAO XIONG,<br><br>         Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br>  Commissioner of<br>  Social Security,<br><br>         Defendant. | CASE NO. 2:05-CV-00472-PAN<br><br>[proposed] ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

Pursuant to the stipulation of the parties, electronically filed *February 23, 2006*, showing good cause for a requested first extension of Defendant's time to respond to Plaintiff's motion for summary judgment, the request is hereby APPROVED.

Defendant shall file her response on or before March 10, 2006.

SO ORDERED.

DATED: March 7, 2006.

*/s/ John F. Moulds*
UNITED STATES MAGISTRATE JUDGE

Stip.& Order Ext. Def.'s Time - 2:05-00472